# The Law Firm of
# Jonathan R. Miller

*Jonathan R. Miller, Esq.*
*Admitted in NJ, NY & PA*
*jonathan.miller@lawyer.com*

Tel.: 609-955-1226
Fax: 609-964-1026
jmillerlawfirm.com

<u>Main Office</u>:
100 Overlook Center, 2nd Floor
Princeton, N.J. 08540

<u>New York Office</u>:
300 Cadman Plaza West, 12th Floor
Brooklyn, N.Y. 11201

May 13, 2024

**<u>VIA ECF</u>**
The Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

> Time for all defendants to respond to the Complaint is extended to June 21. Conference adjourned from May 24 to July 22, 2024 at 11:00 a.m. Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 5/14/2024
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re: <u>Hreish *et al.* v. Pappas *et al.*, No. 24-cv-2284-PKC (S.D.N.Y.)</u>

Dear Judge Castel:

    I represent the Plaintiffs in the above-captioned S.D.N.Y. matter. I write to request that the initial pretrial conference, currently set for 5/24/24, be adjourned for the following reasons.

    After commencing this matter on 3/26/24, Plaintiffs promptly obtained a waiver of service from the nominal corporate defendant, Envirokare Composite Corp. ("ECC") on 4/5/24 (ECF #6). After the individual defendants declined to waive service, Plaintiffs arranged for traditional service. Defendant Kazantzis was served on 4/16/24 (ECF #16). Defendant Angelides was served on 4/19/24 (ECF #17). Defendant Pappas is reportedly vacationing out of the country and has not yet been served.

    On or about 5/7/24 I was contacted by Attorney Massimo D'Angelo (Blank Rome) who said that he was in the course of being retained to represent all three individual defendants and requested forty-five days to respond to the complaint.[1] Plaintiffs agreed, subject to Defendants consenting to personal jurisdiction, waiving all objections sounding in lack of jurisdiction and forum non conveniens, and reimbursing Plaintiffs for their process server expenses.

    Attorney D'Angelo has not yet sent me a draft stipulation. My understanding is that he is waiting to be formally retained by Defendants Angelides and Pappas.

    Nevertheless, the agreed 45-day response deadline would be June 21, 2024.

    In light of same, Plaintiffs respectfully request that the Court deem that Pappas was served as of May 7, 2024, so-order the Defendants' June 21st deadline to respond to the Complaint, find that all objections sounding in lack of jurisdiction and/or inconvenient forum have been waived, and adjourn the initial pretrial conference until the Defendants have answered the Complaint.

---

[1] Mr. D'Angelo also stated that Kazantzis has retained him to represent the nominal corporate defendant, ECC. However, this is untenable because it presupposes that Kazantzis is authorized to act on ECC's behalf, when in fact the true composition of ECC's Board is *sub judice* and central to this lawsuit. Plaintiffs assert that ECC's Board is comprised of Plaintiff Hreish and nonparties Daniel Bourke and Walter Gerasimowicz, and not Kazantzis nor Angelides. *See* Compl., Count 1.

THE LAW FIRM OF
JONATHAN R. MILLER

Thank you.

Respectfully,

/s/ Jonathan R. Miller

cc: Massimo D'Angelo, Esq. (via email: massimodangelo@blankrome.com)