THE LAW FIRM OF

# JONATHAN R. MILLER

*Jonathan R. Miller, Esq.*
*Admitted in NJ, NY & PA*
*jonathan.miller@lawyer.com*

*Tel.: 609-955-1226*
*Fax: 609-964-1026*
*jmillerlawfirm.com*

*Main Office:*
*100 Overlook Center, 2nd Floor*
*Princeton, N.J. 08540*

*New York Office:*
*300 Cadman Plaza West, 12th Floor*
*Brooklyn, N.Y. 11201*

July 10, 2024

The initial conference is adjourned from July 22, 2024 to
October 4, 2024 at 10:00 a.m.  The conference will proceed
telephonically.    Dial-In No.:  1-888-363-4749,
Access Code:  3667981.
SO ORDERED.
Dated:  7/10/2024

P. Kevin Castel
United States District Judge

**VIA ECF**

The Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:    Hreish *et al.* v. Pappas *et al.*, No. 24-cv-2284-PKC (S.D.N.Y.)

Dear Judge Castel:

I represent the Plaintiffs in the above-captioned S.D.N.Y. matter. I write to respectfully request that the initial pretrial conference, currently set for 7/22/24, be adjourned a second time. The reasons for this request are that Defendants Kazantzis and Angelides have defaulted (ECF #28, 29), and that Defendant Pappas apparently was served with process on 7/2/24.

In my previous letter I informed the Court that Attorney Massimo D'Angelo (Blank Rome) had told me that he was in the course of being retained by all three defendants and that he would waive service on behalf of Pappas. The Court extended  Defendants' pleading deadline to 6/21/22. (ECF #19).

However, neither Mr. D'Angelo nor any other attorney has followed up and waived service. Instead, Kazantzis and Angelides have defaulted, and Pappas has now been served in the regular manner. I will file the proof of service as soon as I receive it.

In light of same, Plaintiffs respectfully suggest that the Rule 16 conference be taken off the calendar until Pappas has responded to the Complaint.

Thank you.

Respectfully,

/s/ Jonathan R. Miller