UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GHASSAN ALBERT HREISH, JR., et al.

                Plaintiffs,                24-cv-2284 (PKC)

    -against-                            ORDER

STEVE PAPPAS, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff moves for a default judgment against George E. Kazantzis and Gregory J. Angelides (the "Respondent Defendants."). Respondent Defendants' time to answer the complaint was extended to June 21, 2024 (ECF 19), Neither answered and Clerk's Certificates of Default were issued. (ECF 28-29.)

        Plaintiff moved for a default judgment against the Respondent Defendants on August 16, 2024. (ECF 36,) The Respondent Defendants cross-moved to vacate their defaults on September 9, 2024. (ECF 44.)

        The length of the Respondent Defendants' default has not prejudiced the plaintiffs and they have plausibly set forth a possibly meritorious defense. The Court concludes that the default was not willful but was the result of a misunderstanding of their obligation to answer attendant upon their difficulties in retaining counsel.

        The motion for a default judgment is DENIED. The Respondent Defendants shall respond to the Complaint by October 14, 2024. The initial conference originally scheduled for October 4, 2024 is adjourned to October 30, 2024 at 10:15 a.m.

Dial-In No.: 1-888-363-4749, Access Code: 3667981#.

The Clerk is requested to terminate the letter motions at ECF 35, 36, 44, and 52.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York,
October 2, 2024