```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/10/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GHASSAN ALBERT HREISH, JR., et al.,

          Plaintiffs,

-against-

STEVE PAPPAS, et al.,

          Defendants.

24-CV-2284 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    Now before the Court is plaintiffs' letter-motion dated December 9, 2024 (Dkt. 78) seeking an order compelling defendants to answer their written discovery requests. Defendants' opposition letter shall be filed no later than **December 12, 2024**, and shall not exceed four pages in length. *See* Moses Ind. Prac. §§ 1(b), 1(d), 2(e).

Dated: New York, New York
       December 10, 2024

                           **SO ORDERED**.

                           _____
                           **BARBARA MOSES**
                           **United States Magistrate Judge**