```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GHASSAN ALBERT HREISH JR., et al.,

        Plaintiff,

  -against-

STEVE PAPPAS, et al.,

        Defendants.

24-CV-02284 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' discovery letter-motion submitted on April 21, 2025. (Dkt. 112.) Defendants are reminded that their responding letter is due no later than **April 24, 2025**. *See* Moses Ind. Prac. § 2(e). Any reply letter will be due no later than **April 28, 2025**.

    If the Court cannot resolve the discovery dispute on the papers, it will conduct a discovery conference on May 5, 2025, at 10:00 a.m. in Courtroom 20A, 500 Pearl Street, New York, NY 10007.

    At the conference, the parties should also be prepared to address the pending disqualification motion.

Dated: New York, New York
       April 22, 2024

                        **SO ORDERED.**

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**