```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/30/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GHASSAN ALBERT HREISH JR., et al.,

    Plaintiffs,

-against-

STEVE PAPPAS, et al.,

    Defendants.

24-CV-02284 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' pre-conference status report. (Dkt. 115.) The Court will conduct the status and discovery conference, as previously scheduled, on May 5, 2025, at 10:00 a.m. in Courtroom 20A, 500 Pearl Street, New York, NY 10007.

    At the conference, defendants should be prepared to show cause why they should not be sanctioned, pursuant to Fed. R. Civ. P. 16(f), for their failure to participate in and submit a joint pre-conference status report as ordered by the Court. (Dkt. 87 at ¶ 8.)

    In addition, as previously ordered (Dkt. 113), the parties should be prepared to address any questions the Court may have on defendants' pending disqualification motion, which is within the scope of Judge Moses's referral. (Dkt. 76.)

    With respect to plaintiffs' outstanding discovery motion (Dkt. 112), plaintiffs must bring paper copies of all written discovery requests and responses currently in issue.

Dated: New York, New York
       April 30, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**