USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/5/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GHASSAN ALBERT HREISH JR., et al.,

        Plaintiffs,

   -against-

STEVE PAPPAS, et al.,

        Defendants.

24-CV-02284 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By letter-motion dated June 4, 2025 (Dkt. 124), plaintiffs seek an order sanctioning defendants for their failure to comply with this Court's Order dated May 6, 2025 (Dkt. 118), which required them to produce various documents no later than May 12, 2025. Defendants' opposition letter-brief is due no later than **June 9, 2025**. *See* Moses. Ind. Prac. § 2(e). Plaintiffs' reply letter-brief is due no later than **June 11, 2025.** *See id.* The Court will hold a discovery conference on **June 17, 2025, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. After reviewing the opposition and reply letter-briefs, the Court will advise the parties whether the individual defendants will be required to appear personally for the conference.

The Court reminds defendants that available sanctions for failing to obey a discovery order include (among other things) orders:

    (i)    directing that certain facts "be taken as established for purposes of the action, as the prevailing party claims;

    (ii)    prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

    (iii)    striking pleadings in whole or in part;

    (iv)    staying further proceedings until the order is obeyed;

    (v)    dismissing the action or proceeding in whole or in part;

    (vi)    rendering a default judgment against the disobedient party; or

2

(vii)   treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(A). In addition, the Court "must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(b)(2)(C).

Defendants' counsel is required to promptly provide a copy of this Order to each individual defendant.

Dated: New York, New York        SO ORDERED.
       June 5, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2