UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GHASSAN ALBERT HREISH JR., et al.,

    Plaintiffs,

-against-

STEVE PAPPAS, et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/12/25__

24-CV-02284 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Defendants have failed to oppose plaintiffs' pending letter-motion seeking discovery sanctions. (Dkt. 124.) Defendants Steve Pappas, George E. Kazantzis, and Gregory J. Angelides must appear in person before Judge Moses at the discovery conference on **June 17, 2025, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
       June 12, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**