UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GHASSAN ALBERT HREISH JR., et al.,

           Plaintiffs,

-against-

STEVE PAPPAS, et al.,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/16/25
```

24-CV-02284 (JHR) (BCM)

**ORDER RE DISCOVERY SANCTIONS**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' letter-motion to compel defendant Gregory J. Angelides to appear for his deposition and for an award of attorneys' fees. (Dkts. 136, 137.) Defendant Angelides's response is due no later than Monday, **July 21, 2025**. *See* Moses Ind. Prac. § 2(e). Plaintiffs' optional reply is due no later than **July 23, 2025**. *Id.* The Court will hold an in-person discovery conference on **July 28, 2025 at 11:00 a.m.**, which Mr. Angelides is required to attend in person.

Dated: New York, New York
          July 16, 2025

                                  **SO ORDERED.**

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**