UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GASSAN ALBERT HREISH, JR. et al.,

                Plaintiff,

-v.-

STEVE PAPPAS, et al.,

                Defendant.

24 Civ. 02284 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On July 24, 2025, the Court, having been informed that the parties had reached a settlement in principle, *see* ECF No. 143, ordered that this action be dismissed and discontinued without costs, and without prejudice to the right to reopen the action within 30 days if the settlement was not consummated. *See* ECF No. 144. On August 20, 2025, the parties filed a Stipulation and Consent Order requesting, *inter alia*, that this matter be "dismissed with prejudice" and that the Court "retain[] jurisdiction for purposes of enforcing the [p]arties' annexed Settlement Agreement." ECF No. 145 at 2.

It is hereby ORDERED that this action be DISMISSED with prejudice. The Court retains jurisdiction for purposes of enforcing the parties' Settlement Agreement, ECF No. 145-1.

The motion pending at ECF No. 146 and any other pending motions are moot. The Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: August 27, 2025
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge